**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**COLLINS & AIKMAN CORPORATION, Respondent.**

No. 71–1834.

United States Court of Appeals, Fourth Circuit.

Argued Feb. 7, 1972.

Decided Feb. 14, 1972.

Corinna Metcalf, Atty., N. L. R. B. (Peter G. Nash, Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Warren M. Davison, Deputy Asst. Gen. Counsel, Jerome Weinstein, Atty., N. L. R. B., on brief), for petitioner.

J. W. Alexander, Jr., Charlotte, N. C. (Blakeney, Alexander & Machen, Charlotte, N. C., on brief), for respondent.

Before BUTZNER, RUSSELL and FIELD, Circuit Judges.

PER CURIAM:

Upon consideration of the record, briefs, and oral argument, we hold that substantial evidence supports the Board's findings that the company violated § 8 (a) (1) and (3) of the National Labor Relations Act. 187 NLRB No. 84.

Enforcement granted.

**John R. PETERSON, Petitioner-Appellant,**

v.

**Louie L. WAINWRIGHT Director, Division of Corrections, Florida, Respondent-Appellee.**

No. 71–1680

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Feb. 7, 1972.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

The basis of appellant's habeas corpus petition was his contention that the state denied him his right to conduct his own defense. The record shows, however, that appellant withdrew his request to appear *pro se*. He made a clear and knowing election to be represented by counsel at trial.

Affirmed.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.